UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
AT ERIE

ROBERT WAGNER, )
)
    *Plaintiff*, ) Civil Action No. 16-206 ERIE
)
v. )
) ORDER
)
CRAWFORD COUNTY, et al., )
)
    *Defendants*. )
)

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having considered the Report and Recommendation of Magistrate Judge Susan Paradise Baxter, and the balance of record, **HEREBY ORDERS** as follows:

(1) The Court **ADOPTS** the Report and Recommendation.

(2) Plaintiff's claim against Defendant Phillips in his official capacity is **DISMISSED**.

(3) Plaintiff's supervisory liability claims against Defendants Schultz, Hoke, Kryziak, Weiderspahn, Amato, Soff, Lewis, and Saulsbery are **DISMISSED**.

(4) Defendants Schultz, Hoke, Kryziak, Weiderspahn, Amato, Soff, Lewis, and Saulsbery are **DISMISSED** from this case.

(5) The Clerk shall send copies of this Order to the parties.

**IT IS SO ORDERED**.

DATED this 12th day of July, 2017.

BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE